IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: RENITA L. CANNON ) | |
| ) | |
| American Home Mortgage Servicing, Inc. ) | |
| as successor in interest to Option One, ) | |
| Creditor, ) | |
| ) | |
| vs. ) | CASE NO. 06B10154 |
| ) | JUDGE Pamela S. Hollis |
| RENITA L. CANNON, ) | |
| Debtor ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes American Home Mortgage Servicing, Inc. as successor in interest to Option One, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the January 1, 2009 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of March 23, 2009:

    Payment Due
    a. 1/09 @ $1,368.93 =           $1,368.93
    b. 2/09 – 3/09 @ $1,296.48 =    $2,592.96
    c. Late Charges 3 @ $49.58 =      $148.74
    d. Attorney's Fees                $250.00
    e. Suspense                      -$454.96
    Total                           $3,905.67

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice American Home Mortgage Servicing, Inc. as successor in interest to Option One rights to collect these amounts will be unaffected.

Respectfully Submitted,
American Home Mortgage Servicing, Inc.
as successor in interest to Option One

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733